Benjamin Feld, Esq. #222998
**GHITTERMAN, GHITTERMAN & FELD**
418 E. Canon Perdido Street
Santa Barbara, CA 93101
Tel: (805) 965-4540
Fax: (805) 965-5009
e-mail: workcomp@ghitterman.com
**Attorneys for Timothy Andrews**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **TIMOTHY ANDREWS,** | CASE NO.: 2:21-CV-00297-CAS-KK |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,**[1] | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $1,786.91, as authorized by 28 U.S.C. § 2412, and costs in the amount of $402, as authorized by 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

DATED: February 3, 2022

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1